UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
HELIFLEET 2013-01, LLC,

                         Plaintiff,

        - against -

EVERGREEN EQUITY, INC.,
ERICKSON HELICOPTERS, INC.,
EVERGREEN INTERNATIONAL AIRLINES, INC.,
EAC ACQUISITION CORPORATION, and
ERICKSON INCORPORATED,

                        Defendants.
-----------------------------------------------------------------x

**ORDER**
16 Civ. 8110 (ER)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: Jan. 23, 2020

RAMOS, D.J.:

      On October 17, 2016, Helifleet 2013-01, LLC ("Helifleet") sued Evergreen Equity, Inc., Erickson Helicopters, Inc., Evergreen International Airlines, Inc., EAC Acquisition Corporation, and Erickson Incorporated (collectively, "Defendants") for breach of contract. Helifleet served Defendants but there has been no activity in the case since October 28, 2016. Pursuant to Federal Rule of Civil Procedure 41(b), the Court may dismiss the action *sua sponte* for failure to prosecute. Helifleet is directed to submit a status report by February 13, 2020. Failure to do so may result in dismissal pursuant to Rule 41(b) for failure to prosecute.

      It is SO ORDERED.

Dated:    January 23, 2020
            New York, New York

                                                    _____
                                                       Edgardo Ramos, U.S.D.J.